IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN B. WELLS, JR., *et al.*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:03-cv-296 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

It appears that a "supplement to a motion" (to compel [*see* ECF# 99]) has been listed as a separate "supplemental motion" [ECF# 112]. In an order dated May 25, 2005, the magistrate judge ruled upon the discovery issues covered in the pleadings. Accordingly, the "supplemental motion" [ECF#112] is **DENIED AS MOOT**.

IT IS SO ORDERED.

           ENTER:

              s/Thomas W. Phillips
             **UNITED STATES DISTRICT JUDGE**