IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHN B. WELLS, JR., *et al.*, <br>     Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) | 3:03-cv-296 |
| | ) | |
| NORFOLK SOUTHERN RAILWAY <br> COMPANY, *et al.*, <br>     Defendants. | ) <br> ) <br> ) | |

## MEMORANDUM AND ORDER

The court has been informed that this case has been completely settled through mediation. Accordingly, all pending motions are **DENIED AS MOOT** and this case is **ADMINISTRATIVELY CLOSED** for statistical purposes while the court awaits the final documents formally closing the case. **This does not represent a final adjudication but is an administrative convenience for the court.** Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered.

                                                     **ENTER:**

                                                               s/Thomas W. Phillips
                                           **UNITED STATES DISTRICT JUDGE**