UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JAY B. WELLS, JR., et al., | ) |
| Plaintiffs, | ) |
| V. | ) No.: 3:03-CV-296 |
| NORFOLK SOUTHERN RAILWAY COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER OF DISIMSSAL FOR ORVILLE AND VIVIAN RICHARDS AND CASEY BEWAYNE

The Court having issued an Order to Show Cause to the Plaintiffs Orville Richards, Vivian Richards and Casey Bewyane (Richards), (hereinafter the "Richards Plaintiffs"), on April 24, 2006 directing these Plaintiffs to show cause on or before May 30, 2006 as to why this action should not be dismissed for failure to prosecute,

The Richards Plaintiffs having failed to respond to said Order to Show Cause forwarded to them by Certified Mail, and the Defendants having moved on March 1, 2006 for dismissal of the Plaintiffs' claim,

**It is hereby ORDERED, ADJUDGED AND DECREED** by this Court that the claims of Orville Richards, Vivian Richards and Casey Bewayne are hereby dismissed with full prejudice. A copy of this Order will be forwarded to the Richards Plaintiffs.

Each party is responsible for payment of their own discretionary costs.

*Thomas H. Phillips*
_____
Hon. Thomas Phillips, Judge

Steven B. Johnson (BPR # 007176)
Butler, Vines & Babb, PLLC
Suite 810 AmSouth Center
P.O. Box 2649
Knoxville, TN 37901-2649


s/Debra C. Poplin
Debra C. Poplin, Esq. (BPR# 014288)
Alyson Eberting, Esq.
City of Knoxville Law Department
P. O. Box 1631
Knoxville, TN 37901
Attorneys for Defendant City of Knoxville


s/Hiram G. Tipton
Hiram G. Tipton, Esq. (BPR# 001637)
Dalton L. Townsend, Esq.
B. Chase Kibler, Esq.
Hodges, Doughty & Carson, PLLC
617 Main Street
P. O. Box 869
Knoxville, TN 37901-0869
Attorneys for Defendant
Burnett Demolition and Salvage Company, Inc.


s/Travis J. Graham
Thomas A. Bickers (BPR# 012568)
Travis J. Graham
Paine, Tarwater, Bickers and Tillman, LLP
800 S. Gay Street, Suite 1100
Knoxville, TN 37929-9703
Attorneys for Defendant
The Development Corporation of Knox County


s/R. Loy Waldrop, Jr.
R. Loy Waldrop, Jr. (BPR# 000894)
Jennifer P. Guthrie
Lewis, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street, P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
Attorneys for Barge, Waggoner, Sumner & Cannon, Inc.

s/Archie R. Carpenter
Archie R. Carpenter (BPR# 000828)
Carpenter & O'Connor, PLLC
P. O. Box 2485
Knoxville, TN 37901-2485
Attorney for Defendant Phillip E. Reagan

## CERTIFICATE OF SERVICE

      I hereby certify that on June ___, 2006, a copy of the foregoing Order of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. The Richards plaintiffs will be served via certified mail. Parties may access this filing through the Court's electronic filing system.

                                          s/R. Loy Waldrop, Jr.
                                          R. Loy Waldrop, Jr., Esq. (BPR# 000894)
                                          Jennifer P. Guthrie, Esq.